**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ST SHIPPING AND TRANSPORT PTE LIMITED

                    Plaintiff,

- against -

VINTAGE MARINE S.A. AND ARIES
MARITIME TRANSPORT LIMITED

                    Defendants
------------------------------------------------------------X

08 CV 03402

ECF CASE

08 CV ____ (     )

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ST SHIPPING AND TRANSPORT PTE LIMITED represents to this Honorable Court that said Plaintiff has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

Glencore International AG

Dated: New York, New York
       April 7, 2008

                    **LAW OFFICES OF RAHUL WANCHOO**
                    Attorneys for Plaintiff

                    By: _Rahul Wanchoo_
                    Rahul Wanchoo (RW-8725)