Crotty, J

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:     (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 24 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ST SHIPPING AND TRANSPORT PTE LIMITED

      Plaintiff,

- against -

VINTAGE MARINE S.A. AND ARIES
MARITIME TRANSPORT LIMITED

      Defendants
-----------------------------------------------------------X

ECF CASE

08 Civ. 3402 (PAC)

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH ORDER**

PLEASE TAKE NOTICE that there being no appearance or answer by Defendants, pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein. *The Clerk of Court shall close this case.*

Dated: New York, New York
   June 20, 2008

            LAW OFFICES OF RAHUL WANCHOO
            Attorneys for Plaintiff

            _Rahul Wanchoo_
            Rahul Wanchoo (RW-8725)

IT IS SO ORDERED JUN 24 2008

_Paul A. Crotty_
Hon. Paul A. Crotty
United States District Judge
Dated: June __, 2008